IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANGELA DAVIS; JACQUELINE TURNER; JONATHAN LANE; DARIUS HOBSON; KELLY WEATHERSBY; ELARANCE VINSON; JACK TEER; HEATHER BEAL; TYCHIA BINGHAM; TIFFANY MANGUM; ANGELA DRAKE; and CLIFTON EVANS                                   PLAINTIFFS

vs.                                CIVIL ACTION No.: 3:18-CV-762-HTW-LRA

CROTHALL HEALTHCARE INC.; and
RODNEY GAUSE                                                                 DEFENDANTS

## ORDER OF DISMISSAL

All parties having agreed to and announced to the court a resolution of this case and the court being desirous that this matter be finally closed on its active docket,

IT IS ORDERED that this case is hereby dismissed as to all parties. The costs are taxed in accordance with the agreement between the parties. The parties shall submit to the Court a final order of dismissal no later than November 29, 2019.

**SO ORDERED this the 4th day of November, 2019.**

                                            **s/ HENRY T. WINGATE**
                                            **UNITED STATES DISTRICT COURT JUDGE**